UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ZAMBOROSKI,

    Plaintiff,

v.                                               Case No. 04-71430
                                               Honorable Victoria A. Roberts
                                               Magistrate Virginia M. Morgan

TIM LUOMA

    Defendant.
_____

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 6, 2006, Magistrate Judge Virginia M. Morgan submitted a Report and Recommendation ("R&R") [Doc. 55] recommending that the Court Deny Plaintiff's Motion: (1) for a Certificate of Appealability; (2) to set aside or alter judgment; and (3) to proceed *in forma pauperis* on appeal.

Petitioner filed objections on June 23, 2006.  Having reviewed his objections, the Court **ADOPTS** the R&R, and for the reasons set forth therein, **DENIES** Plaintiff's Motions.

    **IT IS SO ORDERED.**

                                                 **S/Victoria A. Roberts**
                                                 **Victoria A. Roberts**
                                                 **United States District Judge**

**Dated:  July 11, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record and pro se petitioner by electronic means or U.S. Mail on July 11, 2006.**
> **S/Carol A. Pinegar**
> **Deputy Clerk**

1